NO. 07-10-0501-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 14, 2011
_____

MICHAEL MALONE d/b/a MICHAEL MALONE STUDIO,
And WKMC ARCHITECTS, INC.,

                                 Appellants

V.

BARNES JEWELRY, INC.,

                                 Appellee
_____

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NO. 95,078-C; HONORABLE ANA ESTEVEZ, PRESIDING
_____

*ORDER DISMISSING APPEAL*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellants have filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

                                Brian Quinn
                                Chief Justice